190 So.2d 235

### Ernest J. BAUMAN, Sr.

v.

### Roderick G. HEAUSLER.

No. 48337.

Oct. 5, 1966.

In re: Roderick G. Heausler applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 188 So.2d 189.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

190 So.2d 235

### Weldon Wallace POOLE, Jr.

v.

### Stephanie Ann ARCULEER, Wife of Weldon Wallace POOLE, Jr.
No. 48338.

Oct. 5, 1966.

In re: Stephanie Ann Arculeer, wife of Weldon Wallace Poole, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 189 So.2d 75.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, there appears to no error of law in the judgment complained of.